all McRae's claims fail, as a matter of law, because Berger is entitled to qualified immunity with respect to the federal claim and official immunity with respect to the state law claims. McRae's appeal challenges only the judgment on the federal claim; her appellate brief does not address the district court's finding of official immunity under state law.

On the merits of the appeal, having considered the briefs and relevant parts of the record, we find no error in the district court's grant of summary judgment. The judgment of the district court is affirmed.

AFFIRMED.

Before ANDERSON, DUBINA and HILL, Circuit Judges.

PER CURIAM:

After a full and superb oral argument, and careful consideration, and in light of the very similar precedent of *United States v. Williams,* 435 F.3d 1350 (11th Cir.2006), we readily conclude that the conviction and sentence are due to be affirmed.

AFFIRMED.

UNITED STATES of America, Plaintiff–Appellant,

v.

Vern SHELTON, Defendant–Appellee.

No. 04–15043.
D.C. Docket No. 04–0072
CR–ORL–31–KRS.

United States Court of Appeals,
Eleventh Circuit.

March 22, 2006.

Tamra Phipps, Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellant.

UNITED STATES of America, Plaintiff–Appellee,

v.

Anthony BRADFORD, Defendant–Appellant.

No. 05–14225
Non–Argument Calendar.
D.C. Docket No. 99–00172–1–CR–CB.

United States Court of Appeals,
Eleventh Circuit.

March 22, 2006.

Latisha Vanese Colvin, Frederick W. Tiemann, Carlos Alfredo Williams, Federal Defenders Office—Southern District of Alabama, Mobile, AL, for Defendant–Appellant.

Elmond T. Rolison, Jr., Mobile, AL, for Plaintiff–Appellee.